

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 30, 2026

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: **FEB 0 2 2026**

By ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *Fabelo v. DOJ/DHS.*, No. 26 Civ. 711 (GBD)

Dear Judge Daniels:

This Office represents the government in the above-referenced habeas corpus action, in which the *pro se* petitioner challenges his detention pending removal. This action was transferred into the Southern District of New York on January 28, 2026,[1] and on the same date, this Court issued a Stay of Removal and Order to Show Cause, directing the government to file a letter by February 2, 2026, and further ordered the government to file an answer to the Petition for Writ of Habeas Corpus by February 3, 2026. The Court further provided Petitioner an opportunity to file a reply by February 13, 2026.

I write respectfully to request a two-business-day extension of time for the government to file its answer to the Petition, until Thursday, February 5, 2026. I make this request because additional time is needed for this Office to obtain information from the relevant agencies, including from U.S. Immigration and Customs Enforcement ("ICE"). Such information is necessary for the government to prepare and file its response in this case, and unfortunately, given the short deadline in this case and other litigation demands, more time is needed to obtain that information, which will include relevant documents and an agency declaration. Petitioner is subject to a final order of deportation from 1995, and is detained pursuant to 8 U.S.C. § 1231(a)(6) while ICE seeks to execute his valid, final deportation order. Given the length of Petitioner's time in the United States, ICE's file is voluminous. The requested extension should provide this Office with sufficient time to obtain the necessary information for the government's response.

This is the government's first request for an extension in this case. Because Petitioner is detained and *pro se*, I have not secured his consent for the requested extension.

---

[1] Petitioner incorrectly filed the petition in the Northern District of New York while he was detained within this District at the Orange County Jail.

I thank the Court for its consideration of this request.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

By:    _s/ *Tudor M. Neagu*_
        TUDOR M. NEAGU
        Special Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (646) 906-5441
        E-mail: tudor.neagu@usdoj.gov

cc:    Petitioner, pro se (by mail)