**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANCISCO FABELO, JR.,       :

                           :

               Petitioner,      :

                           :

      -against-             :           ORDER

                           :

UNITED STATED DEPARTMENT OF JUSTICE AND :      26 Civ. 711 (GBD)
HOMELAND SECURITY               :

                           :

             Respondents.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

In light of the Government's letter informing this Court that ICE has released Petitioner

from custody, (ECF No. 25,) all briefing deadlines are adjourned *sine die*, and the Clerk of Court

is directed to close this case.

Dated: New York, New York
      March 10, 2026

                               SO ORDERED.

                               *George B. Daniels*

                               GEORGE B. DANIELS
                               United States District Judge