**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
FRANCISCO FABELO, JR.,

                             Petitioner,                26 **CIVIL** 00711 (GBD)

          -against-                             **JUDGMENT**

  UNITED STATED DEPARTMENT OF JUSTICE AND
  HOMELAND SECURITY.

                             Resppondents.
--------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 11, 2026, In light of the Government's letter informing this Court that ICE has released Petitioner from custody, (ECF No. 25,) all briefing deadlines are adjourned sine die, and the case is closed.

**Dated:**  New York, New York

     March 11, 2026

                                           **TAMMI M. HELLWIG**

                                        **Clerk of Court**

**BY:**

                                        **Deputy Clerk**